IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENEDICT MEISSNER, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| v. ) | 1:13-CV-3940-SCJ |
| ) | |
| BULLDAWG MUSCLECARS, LLC, and ) | |
| JOE HINDS, ) | |
| ) | |
| Defendants. | |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

COMES NOW, Benedict Meissner, Jr., Plaintiff, and pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s).

Respectfully submitted this 7th day of March, 2014,

[signature on following page]

          MOORE INGRAM JOHNSON & STEELE, LLP

          s/***Carey E. Olson***
          Jeffrey A. Daxe
          Ga. Bar No.: 213701
          Carey E. Olson
          Ga. Bar No.: 843080
          Attorneys for Plaintiff

326 Roswell Street
Marietta, GA 30060
Phone: 770-429-1499
Fax:   770-429-8631
Email: jad@mijs.com
        colson@mijs.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day serviced a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) upon the following by mailing a copy of same postage pre-paid via First Class U.S. Mail, addressed as follows:

> C. R. Wright
> Fisher & Phillips LLP
> 1075 Peachtree Street, NE
> Suite 3500
> Atlanta, GA  30309

Respectfully submitted this 7th day of March, 2014.

> /s/ CAREY E. OLSON
> Carey E. Olson